# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RONALD LOVELACE, #225683,

        Petitioner,

v.                                  CASE NO. 15-CV-11886

WARDEN J. BARRETT,

        Respondent.

_____/

## JUDGMENT

In accordance with the June 30, 2015 Opinion and Order issued in this case,

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus

is **DISMISSED WITHOUT PREJUDICE**.  Dated at Detroit, Michigan, this 30th day of

June, 2015.


                         DAVID J. WEAVER
                         CLERK OF THE COURT


              BY:    s/Lisa Wagner
                     Deputy Clerk
                     and Case Manager to
                     Judge Robert H. Cleland